UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BETHPAGE WATER DISTRICT,   Index No.: 2:13-CV-06362-SJF-AYS

               Plaintiff,   **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      v.

NORTHROP GRUMMAN
CORPORATION and NORTHROP
GRUMMAN SYSTEMS
CORPORATION,

               Defendants.
-------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants jointly stipulate to the voluntary dismissal without prejudice of all of Plaintiff's claims in the Second Amended Complaint not dismissed by the Court's Order of March 31, 2016.

Dated:  New York, New York
          June 15, 2016

                              By:   /s/ Curt D. Marshall
                                      Robin L. Greenwald, Esq.
                                      Curt D. Marshall, Esq.
                                      WEITZ & LUXENBERG, P.C.
                                      700 Broadway
                                      New York, NY 10003
                                      Telephone: 212-558-5500
                                      Facsimile: 212-344-5461

                                      *Attorneys for Plaintiff*

                              By:   /s/ Mark A. Chertok
                                      Mark A. Chertok, Esq.
                                      Elizabeth Knauer, Esq.
                                      SIVE, PAGET & RIESEL, P.C.
                                      460 Park Avenue
                                      New York, New York 10022

                                      *Attorneys for Defendants*

## Certificate Of Service

I hereby certify that on June 15, 2016 a true and accurate copy of the foregoing *Joint Stipulation Of Voluntary Dismissal Without Prejudice* was served via ECF filing, email and regular mail on the following:

Mark A. Chertok, Esq.
Sive, Paget & Riesel, P.C.
460 Park Avenue
New York, New York 10022

*Attorneys for Defendants*

/s/ *Curt D. Marshall*
Curt D. Marshall