UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BETHPAGE WATER DISTRICT,

                              Plaintiff,

          -against-

NORTHROP GRUMMAN CORPORATION
and NORTHROP GRUMMAN SYSTEMS
CORPORATION,

                              Defendants.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    JUN 2 9 2016    ★

LONG ISLAND OFFICE

**ORDER**
13-CV-6362 (SJF) (AYS)

FEUERSTEIN, District Judge:

Defendants moved for partial summary judgment dismissing plaintiff's claims in its

Second Amended Complaint that were "predicated on purported injury to its Plant 4 facility."

*See* Notice of Motion, Docket Entry ("DE") [78]. By Order dated March 31, 2016, this Court

accepted a Report and Recommendation concerning the motion in its entirety as an Order of the

Court and granted defendants' motion for partial summary judgment. Order of 3/31/16, DE

[101]. On June 15, 2016, the parties submitted a joint stipulation of voluntary dismissal without

prejudice of "all of Plaintiff's claims in the Second Amended Complaint not dismissed by the

Court's Order of March 31, 2016." DE [103]. The Court "So Ordered" the stipulation, and as

the stipulation disposed of the remaining claims in the case, the Court closed the case. DE [104].

On June 20, 2016, defendants filed a motion for entry of partial judgment under Rule 54 (b) of

the Federal Rules of Civil Procedure. Rule 54(b) Motion, DE [107]. Plaintiff has not opposed

the motion.

Defendants specifically invoke Rule 54(b), which provides in part that "[w]hen an action

presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-

party claim--. . . the court may direct entry of a final judgment as to one or more, but fewer than

all, claims. . . ." FED. R. CIV. P. 54(b).   In light of the joint stipulation dismissing all remaining

claims not disposed of in the March 31, 2016 Order, there are no longer "multiple claims" and

therefore relief under Rule 54 (b) is not appropriate.   Nevertheless, as the case is complete, entry

of judgment is appropriate for those claims resolved by the Court's Order granting the motion for

partial summary judgment.   Accordingly, the motion is granted to the extent that the defendants

shall submit a proposed judgment consistent with this Order.   The proposed judgment shall be

electronically filed **by July 8, 2016** and should be filed as an attachment to a letter indicating

whether plaintiff has consented to the proposed judgment submitted.

SO ORDERED

                                                                    /s/_____
                                                                    SANDRA J. FEUERSTEIN
                                                                    United States District Judge

Dated: Central Islip, New York
       June 29, 2016