**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BETHPAGE WATER DISTRICT,

                    Plaintiff,

      - against -

NORTHROP GRUMMAN CORPORATION,
and NORTHROP GRUMMAN SYSTEMS
CORPORATION,

                  Defendants.
------------------------------------------------------------X

FILED
CLERK
7/12/2016 4:44 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**PARTIAL JUDGMENT**
CV 13-6362 (SJF)(AYS)

      An Order of The Honorable Sandra J. Feuerstein, United States District Judge, having been filed on July 11, 2016, granting defendants' motion for partial summary judgment on plaintiff's "Plant 4" claims, dismissing plaintiff's "Plant 4" claims in their entirety with prejudice, and directing the Clerk of the Court to enter judgment against plaintiff on its "Plant 4" claims, it is

      **ORDERED AND ADJUDGED** that defendants' motion for partial summary judgment on plaintiff's "Plant 4" claims is granted; and that plaintiff's "Plant 4" claims are dismissed in their entirety with prejudice.

Dated:  Central Islip, New York
         July 12, 2016

                                                  DOUGLAS C. PALMER
                                                CLERK OF THE COURT

                                BY:    /S/ JAMES J. TORITTO
                                                  DEPUTY CLERK