UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BETHPAGE WATER DISTRICT,

        Plaintiff,

    - against -

NORTHROP GRUMMAN CORPORATION,
and NORTHROP GRUMMAN SYSTEMS
CORPORATION,

        Defendants.
---------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 07 2016 ★
LONG ISLAND OFFICE

**FINAL JUDGMENT**
CV 13-6362 (SJF)(AYS)

An Order of The Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 6, 2016, amending the Court's June 29, 2016 Order, and directing the Clerk of Court to enter final judgment in favor of defendants and against plaintiff on plaintiff's "Plant 4" claims pursuant to Rule 54(b), it is

**ORDERED AND ADJUDGED** that final judgment is hereby entered pursuant to Rule 54(b) in favor of defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation and against plaintiff Bethpage Water District on plaintiff's "Plant 4" claims.

Dated: Central Islip, New York
       September 7, 2016

                                                DOUGLAS C. PALMER
                                                CLERK OF THE COURT

                                BY:    /S/ JAMES J. TORITTO
                                                DEPUTY CLERK